**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Roger Solano, | : | |
| Plaintiff | : | |
| | : | No.  25-1412 |
| v. | : | |
| | : | Judge William S. Stickman |
| Slippery Rock University of Pennsylvania, | : | |
| Holly McCoy, and Michael Zeig, | : | Electronically Filed Document |
| | : | |
| | : | |
| Defendants | : | |

**UNIVERSITY DEFENDANTS' MOTION TO DISMISS AMENDED**
**COMPLAINT [ECF 10]**

1.      Roger Solano ("Plaintiff") is employed by Slippery Rock University ("SRU") as a professor in the Department of Management. See Amended Complaint [ECF 1], at ¶15. Plaintiff initiated the instant employment action on or about September 15, 2025, by filing a civil complaint in the United States District Court for the Western District of Pennsylvania. See Complaint [ECF 1]. The Complaint names Slippery Rock University ("SRU"), Holly McCoy, and Michael Zeig (collectively, "University Defendants").

2.      Plaintiff filed an Amended Complaint on January 23, 2026. See Amended Complaint [ECF 1].

3.      Plaintiff alleges retaliation in violation of state and federal employment statutes.

4.      Specifically, Plaintiff brings the following claims: A) a retaliation claim under Title VII (Count I); B) a retaliation claim under the Americans with Disabilities Act ("ADA") (Count II); C) a retaliation claim under the Rehabilitation Act ("RA") (Count III); D) a retaliation claim under Title IX (Count IV); and E) a retaliation claim under the Pennsylvania Human Relations Act ("PHRA") (Count V). See generally Amended Complaint [ECF 10].

5.      University Defendants now move to dismiss all claims against them in the Amended Complaint [ECF 10] for failure to state a claim on which relief may be granted. Specifically, University Defendants move for dismissal because Plaintiff fails to establish (1) a materially adverse employment action; and (2) a causal link between the alleged protected activity and any adverse action taken against him.

6.      University Defendants have herewith filed a Brief in Support of this Motion, providing reasons in support of the foregoing assertion with greater particularity, the contents therein are incorporated by reference.

WHEREFORE, University Defendants respectfully request that the instant motion be granted and that the Court dismiss all counts against all University Defendants in accordance with the attached Motion and Proposed Order.

**Respectfully submitted,**

**DAVID W. SUNDAY, JR.**
**Attorney General**

**By:**    *s/ Jorden P. Colalella*
**Jorden P. Colalella**
**Senior Deputy Attorney General**
**Attorney ID 316706**

**Office of Attorney General**
**1251 Waterfront Place**
**Mezzanine Level**
**Pittsburgh, PA 15222**
**Phone: (412) 354-8558**
**jcolalella@attorneygeneral.gov**

**NICOLE R. DITOMO**
**Chief Deputy Attorney General**
**Litigation Section**

**Date: February 6, 2026**

**Counsel for Defendants Slippery Rock**
**University of Pennsylvania, Holly McCoy, and**
**Michael Zeig**

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Roger Solano, | : | |
| **Plaintiff** | : | |
| | : | **No.  25-1412** |
| **v.** | : | |
| | : | **Judge William S. Stickman** |
| Slippery Rock University of Pennsylvania, | : | |
| Holly McCoy, and Michael Zeig, | : | **Electronically Filed Document** |
| | : | |
| | : | |
| **Defendants** | : | |

## MEET AND CONFER CERTIFICATE

Pursuant to the General Practice and Procedures of United States Judge William S. Stickman, IV, motions to dismiss must be accompanied by a certificate of movant stating that the moving party has made good faith efforts to confer with the non-moving party to determine whether it can be avoided. I certify that I met and conferred with Counsel for Plaintiff on December 31, 2025. The parties determined that the issues brought herein must be resolved by the Court through a ruling on this Motion.

                    Respectfully submitted,

                    **DAVID W. SUNDAY, JR.**
                    **Attorney General**

By:    *s/ Jorden P. Colalella*
            **JORDEN P. COLALELLA**

**Office of Attorney General**      **Senior Deputy Attorney General**
**1251 Waterfront Place**           **Attorney ID 316706**
**Mezzanine Level**
**Pittsburgh, PA 15222**
**Phone: (412) 354-8558**      **NICOLE R. DITOMO**
**jcolalella@attorneygeneral.gov**   **Chief Deputy Attorney General**
                    **Civil Litigation Section**

**Date: February 6, 2026**       **Counsel for Defendants Slippery Rock University, Holly McCoy**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| Roger Solano, | : | | |
| Plaintiff | : | | |
| | : | No. 25-1412 | |
| v. | : | | |
| | : | Judge William S. Stickman | |
| Slippery Rock University of Pennsylvania, | : | | |
| Holly McCoy, and Michael Zeig, | : | Electronically Filed Document | |
| | : | | |
| | : | | |
| Defendants | : | | |

## CERTIFICATE OF SERVICE

I, Jorden P. Colalella, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on **February 6, 2026**, I caused to be served a true and correct copy of the foregoing document titled **University Defendants' Motion to Dismiss** to the following:

**VIA ECF**

**LIEBER HAMMER HUBER PAUL**
**& HOFFMAN, P.C,**
**James B. LieberPa. I.D. No. 21748**
**Thomas M. Huber Pa. I.D. No. 83053**
**Jacob M. Simon Pa. I.D. No. 202610**
**1722 Murry Avenue, 2nd Floor**
**Pittsburgh, PA15217**
**ilieber@lhhb-law.com**
**thuber@lhhb-law.com**
**isimon@lhhb-law.com**
*Counsel for Plaintiff*

                                    **By:**    *s/ Jorden P. Colalella*
                                               **Jorden P. Colalella**
                                               **Senior Deputy Attorney General**